# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOB RUSSELL WILSON, ) <br> a/k/a Bob R. Wilson; ) <br> DAVETTE WILSON, ) <br> a/k/a Helen Davette Wilson, ) <br> a/k/a Helen Wilson, ) <br> ) <br> Defendants. ) | Case No. CIV-06-107-RAW |

## REPORT AND RECOMMENDATION

This matter comes before this Court on Plaintiff's Motion to Confirm Marshal's Sale filed June 10, 2008 (Docket Entry #44). By Order entered June 17, 2008, United States District Judge Ronald A. White, the judge presiding over this case, referred the subject Motion to the undersigned for the purpose of entering a Report and a Recommendation as to its final disposition. Thereafter, the undersigned conducted a hearing on the sale confirmation on July 2, 2008. Jeanette Windsor appeared at the hearing for Plaintiff. No other party appeared for the confirmation hearing.

Based upon the content of the Motion, the lack of objection to the relief requested in the Motion, and the failure of any interested party to appear at the properly noticed confirmation hearing, this Court would recommend that the presiding United States District Judge sign the Order Confirming Marshal's Sale proposed by Plaintiff.

BASED UPON THE FOREGOING, IT IS THE RECOMMENDATION OF THE UNDERSIGNED that Plaintiff's Motion to Confirm Marshal's Sale filed June 10, 2008 (Docket Entry #44) be **GRANTED** and that the Court execute the proposed Order submitted by Plaintiff.

Interested parties are herewith given ten (10) days from the date of the service of this Report and Recommendation to file with the Clerk of the court any objections, with supporting brief. Failure to object to the Report and Recommendation within ten (10) days will preclude appellate review of the findings made herein.

IT IS SO ENTERED this 15th day of July, 2008.

KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE