```
            IN THE UNITED STATES DISTRICT COURT FOR
                THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,         )
                       Plaintiff,)
                                  )
vs.                               )    CIV 06-107-RAW
                                  )
(1)BOB RUSSELL WILSON,            )
    a.k.a. Bob R. Wilson;         )
(2)DAVETTE WILSON,                )
    a.k.a. Helen Davette Wilson;  )
    a.k.a. Helen Wilson;          )
                       Defendants.)
```

## ORDER CONFIRMING MARSHAL'S SALE

Now on **July 30, 2008**, the Court takes under consideration the motion of plaintiff for confirmation of the sale of real estate made by the United States Marshal for the Eastern District of Oklahoma on June 3, 2008, under a Special Execution and Order of Sale issued out of the office of the Clerk of the United States District Court for the Eastern District of Oklahoma directing the sale of the following described real estate and premises situated and being in McCurtain County, Oklahoma, to-wit:

> **N2 SE4 SE4 and NE4 SW4 SE4 of Section 21, Township 6 South, Range 21 East, IBM, (Containing 30 acres more or less)**

The Court has examined the proceedings of the United States Marshal under the Special Execution and Order of Sale. No objections have been filed. The Court therefore finds that due and legal notice of the sale was given by publication once a week for at least four weeks prior to the date of sale in the McCurtain Gazette, a newspaper published and of general circulation in McCurtain County, Oklahoma, as appears more fully from the proof of publication filed herein, and that on June 3, 2008, the property was sold to Bobby and Debbie Dorries, for the sum of $75,000.00, being the

highest and best bidder. The Court further finds that the sale was in all respects in conformity with the law and judgment of this Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the United States Marshal's Sale and all proceedings under the Order of Sale are hereby approved and confirmed and that the United States Marshal for the Eastern District of Oklahoma make and execute to the purchaser, Bobby and Debbie Dorries, a good and sufficient deed for the property.

IT IS FURTHER ORDERED that after the execution and delivery of the Deed to the purchaser by the United States Marshal, the purchaser is hereby granted possession of the property against any or all persons now in possession.

IT IS FURTHER ORDERED that the proceeds of the sale conducted herein be disbursed by the United States Marshal for the Eastern District of Oklahoma as follows:

| | | | |
|---|---|---|---|
| FIRST: | To the payment of costs of this action in the amount of . . . . . . . . . . | $ | 385.33 |
| | Appraisers fees . . . . . . . . | $ | 150.00 |
| | Publication of Notice of sale | $ | 235.33 |
| SECOND: | The sum of . . . . . . . . . . . . to the U.S. Marshal Service for fees & mileage | $ | 1,218.52 |
| THIRD: | The sum of . . . . . . . . . Payable to US Department of Justice in partial satisfaction of plaintiff's judgment of . . . . . . . . . . which includes: | $ | 73,396.15 |
| | | | $119,098.19 |
| | Unpaid principal of . . . . Interest to judgment . . . . Interest to date of sale . . | | $100,330.64 $ 7,675.86 $ 11,091.69 |

FOURTH: The residue, if any, to be paid to the Clerk of
this court to abide the further order of the court.

**Dated this 30th Day of July 2008.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

J4h4i0